AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ebel, David M. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>07/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Byron White U.S. Courthouse
1823 Stout Street, Room 109L
Denver, CO 80257

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Historical Society for the Tenth Circuit Court of Appeals |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fd. | A | Dividend | J | T | Sold (part) | 3/17/11 | J | A | |
| 2. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 3. " " " | | | | | Buy | 08/15/11 | J | | |
| 4. Janus Contrarian Fund D | A | Dividend | J | T | Sold (part) | 6/7/11 | J | A | |
| 5. " " " | | | | | Sold (part) | 08/8/11 | J | A | |
| 6. " " " | | | | | Buy | 9/15/11 | J | | |
| 7. Janus Global Life Science Fd. D | A | Dividend | J | T | Sold (part) | 9/8/11 | J | A | |
| 8. " " " | | | | | Buy | 9/15/11 | J | | |
| 9. Janus Money Market Fd. D | A | Interest | L | T | Buy | 3/11/11 | K | | |
| 10. " " " | | | | | Buy | 03/17/11 | K | | |
| 11. " " " | | | | | Sold (part) | 3/24/11 | K | A | |
| 12. " " " | | | | | Buy | 6/7/11 | K | | |
| 13. " " " | | | | | Sold (part) | 7/27/11 | K | A | |
| 14. " " " | | | | | Buy | 8/8/11 | M | | |
| 15. " " " | | | | | Sold (part) | 8/15/11 | M | A | |
| 16. US Bank, Denver, Colo. | A | Interest | K | T | | | | | |
| 17. Janus Global Select Fund D | A | Dividend | J | T | Sold (part) | 03/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " " " | | | | | Sold (part) | 03/17/11 | J | A | |
| 19. " " " | | | | | Sold (part) | 6/7/11 | J | A | |
| 20. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 21. | | | | | Buy | 8/15/11 | J | | |
| 22. Fidelity Cash Reserves | A | Interest | K | T | Buy | 3/11/11 | K | | |
| 23. " " " | | | | | Sold (part) | 3/24/11 | K | A | |
| 24. " " " | | | | | Buy | 6/7/11 | J | | |
| 25. " " " | | | | | Buy | 8/8/11 | L | | |
| 26. " " " | | | | | Sold (part) | 8/15/11 | L | A | |
| 27. Fidelity Select Energy Service Fd. | A | Dividend | K | T | Buy | 3/24/11 | J | | |
| 28. EYEris Class A Common Stock | | | J | T | Sold (part) | 8/8/11 | K | A | |
| 29. EYEris Class B Common Stock | | None | J | T | Buy | 8/15/11 | K | | |
| 30. Janus Growth & Income Fd. D | A | Dividend | K | T | Sold (part) | 8/8/11 | K | A | |
| 31. " " " | | | | | Buy | 8/16/11 | K | | |
| 32. Fidelity U.S. Gov't Res. | A | Interest | J | T | | | | | |
| 33. Fidelity Emerging Market Fd. | A | Dividend | J | T | Sold (part) | 3/11/11 | J | A | |
| 34. " " " | | | | | Sold (part) | 3/17/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Value Fund | A | Dividend | K | T | Sold (part) | 8/8/11 | K | A | |
| 36. " " " | | | | | Buy | 8/15/11 | K | | |
| 37. Fidelity Diversified Int'l Fund | A | Dividend | J | T | | | | | |
| 38. Dodge & Cox Stock Fund | A | Dividend | K | T | Sold (part) | 03/17/11 | J | A | |
| 39. " " " | | | | | Sold (part) | 6/7/11 | J | A | |
| 40. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 41. " " " | | | | | Buy | 8/15/11 | K | | |
| 42. Dodge & Cox Balanced Fund | A | Dividend | J | T | Buy | 3/24/11 | J | | |
| 43. " " " | | | | | Sold (part) | 6/7/11 | J | A | |
| 44. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 45. Dodge & Cox Income Fund | B | Interest | K | T | Buy | 3/11/11 | K | | |
| 46. " " " | | | | | Buy | 03/17/11 | K | | |
| 47. " " " | | | | | Sold (part) | 3/24/11 | J | A | |
| 48. " " " | | | | | Buy | 6/7/11 | K | | |
| 49. " " " | | | | | Buy | 8/8/11 | K | | |
| 50. " " " | | | | | Sold (part) | 8/15/11 | K | A | |
| 51. Royce Opportunity Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royce Total Return Fd. | A | Dividend | J | T | Buy | 6/8/11 | | | |
| 53. Janus Overseas Fund D | A | Dividend | J | T | Sold (part) | 3/11/11 | J | A | |
| 54. " " " | | | | | Sold (part) | 03/17/11 | J | A | |
| 55. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 56. " " " | | | | | Buy | 8/15/11 | J | | |
| 57. Janus Short-Term Bond Fd. D | A | Interest | K | T | Buy | 3/17/11 | J | | |
| 58. Intech Risk-Managed Care Fund D | A | Dividend | K | T | Buy | 3/24/11 | J | | |
| 59. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 60. " " " | | | | | Buy | 8/15/11 | J | | |
| 61. Perkins Mid-Cap Value Fd. D | A | Dividend | K | T | Buy | 3/24/11 | J | | |
| 62. " " " | | | | | Sold (part) | 6/7/11 | J | A | |
| 63. " " " | | | | | Sold (part) | 8/8/11 | K | A | |
| 64. " " " | | | | | Buy | 8/15/11 | K | | |
| 65. Fidelity Int'l Small Cap Fd. | A | Dividend | J | T | Sold (part) | 3/11/11 | J | A | |
| 66. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 67. " " " | | | | | Buy | 8/15/11 | J | | |
| 68. Fidelity Contra Fd. | A | Dividend | J | T | Sold (part) | 3/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. " " " | | | | | Sold (part) | 3/17/11 | J | A | |
| 70. " " " | | | | | Sold (part) | 6/7/11 | J | A | |
| 71. Fidelity Select Wireless Fd. | A | Dividend | J | T | Sold (part) | 8/8/11 | J | A | |
| 72. " " " | | | | | Buy | 8/15/11 | J | | |
| 73. Fidelity Select Natural Gas Fd. | A | Dividend | J | T | Buy | 3/24/11 | J | | |
| 74. " " " | | | | | Buy | 8/15/11 | J | | |
| 75. Dodge & Cox International Fd. | A | Dividend | J | T | Sold (part) | 3/11/11 | K | A | |
| 76. " " " | | | | | Sold (part) | 3/17/11 | K | A | |
| 77. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 78. " " " | | | | | Buy | 8/15/11 | J | | |
| 79. Pennsylvania Mutual Fd. | A | Dividend | J | T | | | | | |
| 80. Royce Premier Fund | A | Dividend | J | T | Sold (part) | 8/18/11 | J | A | |
| 81. Royce 100 Fund | A | Dividend | J | T | | | | | |
| 82. Royce Value Plus Fd. | A | Dividend | J | T | Sold (part) | 6/8/11 | J | A | |
| 83. Northwestern Mutual Modified Whole Life Policies | D | Interest | M | T | | | | | |
| 84. Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 85. Thrivant Lutheran Brotherhood Whole Life Policy | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. Janus Enterprise Fund D | A | Dividend | J | T | Sold (part) | 3/17/11 | J | A | |
| 87. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 88. " " " | | | | | Buy | 9/15/11 | J | | |
| 89. Janus Global Research Fund D | A | Dividend | J | T | Sold (part) | 3/11/11 | J | A | |
| 90. " " " | | | | | Sold (part) | 3/17/11 | J | A | |
| 91. " " " | | | | | Sold (part) | 6/7/11 | J | A | |
| 92. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 93. " | | | | | Buy | 8/15/11 | J | | |
| 94. Fidelity Canada Fd. | A | Dividend | K | T | Buy | 3/24/11 | J | | |
| 95. PERA Growth & Income Fund | A | Dividend | | | Sold | 1/24/11 | J | A | |
| 96. Fidelity Real Estate Investments | A | Dividend | J | T | Sold (part) | 8/8/11 | J | A | |
| 97. " " " | | | | | Buy | 8/15/11 | J | | |
| 98. Fidelity Environmental Alternative Energy | A | Dividend | J | T | Sold (part) | 08/08/11 | J | A | |
| 99. " " " | | | | | Buy | 8/15/11 | J | | |
| 100. Janus Fund D | A | Dividend | J | T | Sold (part) | 8/17/11 | J | A | |
| 101. " " " | | | | | Sold (part) | 8/8/11 | J | A | |
| 102. " " " | | | | | Buy | 8/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Select Natural Resources | A | Dividend | J | T | Sold (part) | 8/8/11 | J | A | |
| 104. " " " | | | | | Buy | 8/15/11 | J | | |
| 105. Dodge & Cox Global Stock Fund | A | Dividend | J | T | Sold (part) | 8/8/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ebel, David M. | 07/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts:

Line 73: In the 2010 disclosure form I inadvertently repeated this entry---I listed it once on line 59 and again on line 60 as a repeat. This 2011 report corrects that and discloses this investment correctly just once, on line 73 of this 2011 report.

Line 98: Fidelity Select Enviornmental Services has been renamed Fidelity Enivornmental and Alternative Energy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544